ex rel. LOUIS WILLIAMMEE v. ROBERT E. MURPHY, as Warden of Auburn Prison (John B. Vita, Esq.).— [In each action] Motion granted to prosecute appeal on original record, typed briefs, and counsel assigned.

■ HOWARD SCHULTZ v. RAYMOND KOBUS.— Motion granted to file stipulation of substitution of attorneys *nunc pro tunc*; otherwise motion denied.

■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. SYRACUSE MILK DEALERS, INC., et al., Defendants.— Appeals of defendants Gates and Mulroy dismissed, without costs, upon stipulation.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES CARTER, Appellant.— Upon the application of the appellant, appeal dismissed. All concur, Halpern, J., in the following memorandum: The appellant's motion for leave to prosecute as a poor person the present appeal from the order denying his application for resentence was denied by this court (14 A D 2d 513), because the point sought to be raised had been fully disposed of by *People ex rel. Rapacki* v. *Martin* (5 N Y 2d 899, affg. 6 A D 2d 757). Other aspects of the appellant's attack upon the resentence have been heretofore reviewed by this court upon a separate appeal by the appellant, which the appellant was allowed to prosecute upon the original papers in the County Clerk's file and in which counsel was assigned to him (14 A D 2d 725).

■ In the Matter of CLAYTON A. STONE, Appellant, v. WALTER H. WILKINS, as Warden of Attica Prison, Respondent.— Motion granted to prosecute appeal on original papers, typed briefs, and Hayden H. Dadd, Esq., of Attica, N. Y., assigned as counsel to conduct the appeal.

■ (A) EDWIN PARKOT, Doing Business as P & H WHOLESALE SUPPLY COMPANY, Plaintiff, v. AL STANGL, Respondent, COSENTINO GENESEE CORPORATION, Appellant, et al., Defendant. (B) PETER L. HOCHADEL, Respondent, v. G. & H. ENTERPRISES, INC., Appellant, et al., Defendant. (C) FLOYD LANIER, Appellant, v. THELMA G. LANIER, Respondent. (D) THOMAS MANLEY, Respondent, v. COUNTY OF YATES, NEW YORK, Appellant.— [In each action] Order of dismissal for failure to prosecute entered pursuant to rule X of the Appellate Division, Fourth Department, Rules.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK ex rel. BOBBY SAMS, Appellant, v. ROBERT E. MURPHY, as Warden of Auburn Prison, Respondent. (B) THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDWARD L. SZEWCZYK, Appellant, v. ROBERT E. MURPHY, as Warden of Auburn Prison, Respondent. — [In each action] Motion to prosecute an appeal as a poor person, and for other relief, denied.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RALPH TEAMER, Appellant. (B) IGNACIO "PEDRO" MARTINEZ, Appellant, v. SAMUEL NEWFIELD, as Trustee in Bankruptcy of the Estate of MANHATTAN BOOKING AGENCY, INC., Bankrupt, Respondent. (C) CHARLES SZILAGYI, JR., an Infant, by His Guardian ad Litem, CHARLES SZILAGYI, SR., Appellant, v. MORRIS ROSENBLOOM et al., Respondents. CHARLES SZILAGYI, SR., Appellant, v. MORRIS ROSENBLOOM et al., Respondents. (D) WALTER G. TYSON, Appellant, v. W. T. GRANT COMPANY, Respondent.— [In each action] Motion granted and appeal dismissed.

■ KENNETH W. GLINES, Appellant, v. Estate of EARL E. BAIRD, Deceased, Respondent.— Motion granted and order dismissing appeal vacated, upon condition that original record be filed by December 12, 1961. Respondent's brief must be filed by December 22 if appeal is to be argued at January 1962 Term.

■ MARIE RAMMER, Respondent, v. EDWARD V. MAZUR et al., Appellants. — Stay granted on condition that records and appellants' briefs are filed and